UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
FELIX CASTRO, *on behalf of himself and all others                     :
similarly situated*,                                                   :
                                                                       :
                                Plaintiff,                             :       23-CV-9922 (JMF)
                                                                       :
                -v-                                                    :       ORDER
                                                                       :
BTX TECHNOLOGIES, INC.,                                                :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: November 14, 2023
       New York, New York
                                                JESSE M. FURMAN
                                        United States District Judge