## The Law Office of Noor A. Saab
380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel**: 718-740-5060 * **Fax**: 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

April 26, 2024

**VIA ECF**
Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

**Re:** **Felix Castro v. BTX Technologies, Inc. - Case No. 1:23-cv-09922-JMF-JLC**

To the Honorable Judge Jesse M. Furman,

  Plaintiff respectfully submits this joint letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated February 26, 2024 (Docket No. 11).  The parties have reached a settlement in principle but  and are undertaking certain conditions precedent to the execution of a settlement agreement, and submission of a notice of dismissal. Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from April 26, 2024 to May 24, 2024.  This is the first request for this relief.  Plaintiff has conferred with Defendant, and Defendant joins in this application.

  The Parties thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorney for Plaintiff*

Application GRANTED.  The Clerk is directed to terminate ECF No. 12.

SO ORDERED.

*[signature]*

April 26, 2024